```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 31896
   JOHN D DILLARD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4779


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/21/2008 and was not confirmed.

     The case was dismissed without confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
FREMONT INVESTMENT AND L CURRENT MORTG        .00           .00           .00
FREMONT INVESTMENT AND L SECURED NOT I        .00           .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS   SECURED NOT I        .00           .00           .00
CITI MORTGAGE            CURRENT MORTG        .00           .00           .00
VOLVO FINANCE            SECURED NOT I        .00           .00           .00
VOLVO FINANCE            CURRENT MORTG        .00           .00           .00
THE GREENS OF OLYMPIA FI SECURED NOT I        .00           .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------      --------------
TOTALS                      .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE